JONES, Receiver v. RATCLIFFE, Assignee, etc.

APPEAL FROM PULASKI CIRCUIT COURT.

Hon. John Whytock, *Circuit Judge.*

*Duffie & Jones,* for Appellant.
*Clark & Williams,* for Appellee.

Gregg, J.—The attorneys for the respective parties concede that there is no error in the proceedings and judgment of the court below.

The judgment is therefore affirmed, with costs.